JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> RICHEMONT NORTH AMERICA, INC., et al., <br><br> Defendant(s) | CASE NO. CV11-00454-AHM (AGRx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

On August 12, 2011, the Court granted the parties' application to stay this action pending the exhaustion of all appellate review of the Honorable Gary Allen Fees' June 20, 2011 order in a parallel action commenced by Plaintiff against Breitling USA, Inc., among others, Case No.: 2:11-cv-00457-GAF (PLAx);

   IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

   IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual status report commencing on June 25, 2012.

/ / /

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: March 21, 2012

**JS-6**

_____
A. HOWARD MATZ
United States District Judge